# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No. 09-cv-00654-WYD-KMT** | FTR - Courtroom C-201 |
| **Date:** January 10, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| ROBERT JAMES MERCER, | Pro Se |
| Plaintiff, | |
| v. | |
| ROBERT PETERSON, in his individual and official capacities, | Melanie Bailey Lewis |
| MICHAEL MOORE, in his individual and official capacities, | |
| WILLIAM FRANGIS, | |
| ELBERT COUNTY SHERIFF'S DEPARTMENT, and | |
| COUNTY OF ELBERT, COLORADO, in their official capacities, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:08 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called on Defendants' Second Motion to Compel Discovery [Doc. No. 79, filed November 30, 2010] and Defendants' Unopposed Motion for Extension of Discovery Deadline for the Limited Purpose of Deposing Plaintiff's Treating Health Care Providers Dr. Vanderleest and Dr. Orahood [Doc. No. 80, filed November 30, 2010].

It is **ORDERED**: Defendants' Second Motion to Compel Discovery [79] is **GRANTED**. Costs are awarded in favor of Defendant and against Plaintiff in the amount of $1,000.00.

It is **ORDERED**: Within the next two weeks, Plaintiff will make payment arrangements with Defendant concerning this and previously awarded sanctions.

It is **ORDERED**: Defendants' Unopposed Motion for Extension of Discovery Deadline [80] is **GRANTED** as discussed on the record. The depositions of Dr. Vanderleest and Dr. Orahood will be conducted by the Defendant on or before February 10, 2011. Plaintiff will cooperate fully in scheduling the depositions during this time period.

It is **ORDERED**: The Final Pretrial Conference set for February 8, 2011 at 9:45 a.m. is VACATED and reset for **April 6, 2011 at 11:30 a.m.**

**Court in Recess: 10:43 a.m.**
Hearing concluded.
Total In-Court Time    00:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.