### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-00654-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** April 6, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| ROBERT JAMES MERCER, | Pro Se |
|       Plaintiff, | |
| v. | |
| ROBERT PETERSON, in his individual and official capacities, | Melanie Bailey Lewis |
| MICHAEL MOORE, in his individual and official capacities, | Josh Adam Marks |
| WILLIAM FRANGIS, | |
| ELBERT COUNTY SHERIFF'S DEPARTMENT, and | |
| COUNTY OF ELBERT, COLORADO, in their official capacities, | |
|       Defendants. | |

### COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**
**Court in session: 11:41 a.m.**
Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion and review of the Proposed Final Pretrial Order.

Trial dates will be set by Chief District Judge Wiley Y. Daniel.

**ORDERED:** On or before May 6, 2011, parties will exchange exhibits and file with the Court Supplemental Exhibit Lists using Chief Judge Daniel's exhibit form and indicate any exhibits where either foundation or admissibility has been stipulated.

**ORDERED:**    As to plaintiff's witnesses currently listed as numbers 11, 13, 15, and 16 in the proposed Final Pretrial Order,  the Plaintiff will file a Supplement to Plaintiff's Witness List and Final Pretrial Order by providing specific names of witnesses on or before April 20, 2011.

Discussion of Plaintiff's Motion to Compel Discovery [Doc. No. 100, filed January 18, 2011].

**ORDERED:**    Plaintiff's Motion to Compel Discovery [100] is **DENIED** in its entirety for reasons stated on the record as to each individual request. The Court awards attorney's fees and costs in favor of the Defendants.  Defense counsel will file supporting documentation on fees and costs by April 15, 2011.  Plaintiff may respond to the accounting by April 25, 2011.

**ORDERED:   Pretrial order signed and approved subject to the supplementation as Ordered herein.**

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 12:23 p.m.**
Hearing concluded.
Total In-Court Time     00:42

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.