IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-00654-WYD-KMT

ROBERT JAMES MERCER,

     Plaintiff,

v.

ROBERT PATTERSON; and
MICHAEL MOORE, in their individual and official capacities; and
WILLIAM FRANGIS;
ELBERT COUNTY SHERIFF'S DEPARTMENT; and
COUNTY OF ELBERT, COLORADO, in their Official capacities,

     Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties' Stipulation to Dismiss with Prejudice [ECF No. 134], filed April 4, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that all claims against Robert Peterson and Michael Moore are dismissed with prejudice, each party to pay his own costs and attorney fees.   It is

FURTHER ORDERED that this case is resolved in its entirety because Defendants Peterson and Moore filed a satisfaction of judgment stating that the Court's award of fees to Defendant dated July 29, 2010, has been fully satisfied and this case is dismissed with prejudice in its entirety.   It is

FURTHER ORDERED that the final trial preparation conference set for Monday, April 9, 2012 and the four-day jury trial set to commence on Monday, April 30, 2012 are

**VACATED.**

Dated: April 5, 2012

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE